FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUL 25 P 4: 23

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Tom Henderson,

Plaintiff,

v.

Diversified Consultants, Inc.; and DOES 1-10, inclusive,

Defendant.

Civil Action No.: 1:14-cv-00615-MJG

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Tom Henderson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 25, 2014

Respectfully submitted,
By /s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
ATTORNEYS FOR PLAINTIFF

SO ORDERED, on Friday, July 25, 2014.

/s/
Marvin J. Garbis
United States District Judge